1002

■ In the Matter of the Arbitration between JOHNSON & JOHNSON, Appellant, and SHRIRO TRADING CORPORATION et al., Respondents. — Order entered on or about April 23, 1957, denying petitioner's motion to direct arbitration to proceed, order entered on or about April 23, 1957, granting the motion of the respondent Shriro Trading Corporation, to vacate petitioner's demand for arbitration, and order entered on or about April 23, 1957, granting the motion of the respondent Shriro (Philippines) Inc., to vacate petitioner's demand for arbitration, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ JOSEPH B. DEUTSCH, Respondent, v. LONG ISLAND CARPET CLEANING Co., INC., Appellant. — Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ. [5 Misc 2d 684.]

■ KATHLEEN GOTTFRIED, Respondent-Appellant, v. BENGOT REALTY, LTD., et al., Appellants-Respondents. — Order entered December 14, 1956, denying defendants' motion to dismiss the action for lack of prosecution and order entered December 19, 1956, denying defendants' motion to vacate plaintiff's notice of examination before trial, and denying the motion of the plaintiff-respondent-appellant for a discovery and inspection, unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ JOSEPH B. DELANEY, Respondent, v. BUCK RAM, Appellant. — Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ AMERICAN BLOWER CORPORATION, on Behalf of Itself and on Behalf of All Other Persons Entitled to Share in the Funds Received by BAKER SMITH & Co., INC., as Subcontractor from PAUL TISHMAN Co., INC., in Connection with the Improvement of Real Property, Appellant, v. JAMES TALCOTT, INC., Respondent, et al., Defendant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the words " and the examination is limited to a period beginning with June 22, 1955, and ending August 19, 1955 " stricken therefrom. On the record before this court this relief is warranted. Settle order on notice. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ MICHAEL L. MATAR, Respondent, v. EMIL MORTON et al., Copartners Doing Business under the Name of MORTON BROTHERS, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ AMERICAN ICE COMPANY, Respondent, v. ENTERPRISE EQUIPMENT CORP., Defendant, and LOUIS AUTO & TRUCK CORP. et al., Appellants.— Order entered March 25, 1957, denying defendants' motion to compel plaintiff to furnish said defendants with certain names and addresses, unanimously reversed and the motion granted. On this record the relief now granted is warranted. Order entered April 23, 1957, denying said defendants' motion to strike the above-entitled action from the calendar of said court, unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ VANITY FAIR ELECTRONICS CORPORATION, Appellant, v. MINITONE, INC., Respondent.— Order of Special Term unanimously modified to provide that where the exact number of motors in each category of defect is demanded, the plaintiff may, if the exact number cannot be determined, supply the approximate number, with a reasonable degree of certainty. As so modified, the order is affirmed. Settle order on notice. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.